FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA A. BRANTLEY, MICHELLE M. NILES, and KRISTINE N. PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>HEALING LODGE OF THE SEVEN NATIONS, a corporate entity,<br><br>Defendant. | No.   2:19-cv-00070-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 6, 2020, the parties filed a stipulated dismissal, ECF No. 59. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Voluntary Dismissal With Prejudice, **ECF No. 59**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

1      5.    The Clerk's Office is directed to **CLOSE** this file.

2      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4      **DATED** this 6TH day of August 2020.

```
           _____
           SALVADOR MENDOZA, JR.
           United States District Judge
```

ORDER DISMISSING CASE – 2